# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 5:22-cv-01434-HDV-SHKx: | Date | May 13, 2025 |
| Title: | Sharon Cass v. County of Riverside et al | | |

Present: The Honorable    Hernán D. Vera, United States District Court Judge

| | |
|---|---|
| Wendy K. Hernandez | Laura Elias |
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Chijioke Ikonte | Thomas Hurrell |
| Emmanuel Akudinobi | Blessing Ekpezu |

**Day Court Trial**    1st    **Day Jury Trial**

____ One day trial:  **X**  Begun (1st day);  **X**  Held & Continued;  ____  Completed by jury verdict/submitted to court.

**X**  The Jury is impaneled and sworn.

**X**  Opening statements made by    plaintiff and defense counsel.

**X**  Witnesses called, sworn and testified.  **X**  Exhibits identified.  **X**  Exhibits admitted.

____  Plaintiff(s) rest.    ____  Defendant(s) rest.

____  Closing arguments made by    ____  plaintiff(s)    ____  defendant(s).    ____  Court instructs jury.

____  Bailiff(s) sworn.    ____  Jury retires to deliberate.    ____  Jury resumes deliberations.

____  Jury Verdict in favor of    ____  plaintiff(s)    ____  defendant(s) is read and filed.

____  Jury polled.    ____  Polling waived.

____  Filed Witness & Exhibit Lists    ____  Filed jury notes.    ____  Filed jury instructions.

____  Judgment by Court for _____    ____  plaintiff(s)    ____  defendant(s).

____  Findings, Conclusions of Law & Judgment to be prepared by    ____  plaintiff(s)    ____  defendant(s).

____  Case submitted.    ____  Briefs to be filed by _____

____  Motion to dismiss by _____  is  ____  granted.  ____  denied.  ____  submitted.

____  Motion for mistrial by _____  is  ____  granted.  ____  denied.  ____  submitted.

____  Motion for Judgment/Directed Verdict by _____  is  ____  granted.  ____  denied.  ____  submitted.

____  Settlement reached and placed on the record.

____  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____  Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____  Trial subpoenaed documents returned to subpoenaing party.

**X**  Case continued to    05/14/25 at 8:30am _____    for further trial/further jury deliberation.

____  Other: _____

6  :  08

Initials of Deputy Clerk    wkh