JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SHARON CASS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE; JANET ARVISO; an Individual; BEAUDREA CALLAHAN; an Individual; CLAUDIA SMITH, an Individual; AND DOES 1 TO 10,<br><br>　　　　Defendants. | CASE NO. 5:22-cv-01434-HDV-SHK<br><br>**DEFENDANTS' [~~PROPOSED~~] JUDGMENT ON THE VERDICT**<br><br>[Assigned to Hon. Hernán D. Vera Courtroom "5B"]<br><br>FPTC:　　　　04/22/2025<br>Trial Date:　　05/13/2025 |

　　　　This matter came up for Jury Trial in Courtroom 5B of the United States District Court, Central District of California, with the Honorable Hernán D. Vera presiding. Emmanuel Akudinobi, Esq. and Chijioke Ikonte, Esq. appeared on behalf of Plaintiff, SHARON CASS. Thomas Hurrell, Esq. and Blessing Ekpezu, Esq. appeared on behalf of Defendants, COUNTY OF RIVERSIDE, JANET ARVIZU and BEAUDREA CALLAHAN.

　　　　A jury of eight (8) persons was impaneled and sworn. Witnesses were sworn and they testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court. The matter was then submitted to the jury with directions to return a special verdict. The jury deliberated and thereafter, returned a

verdict in favor of Defendants, COUNTY OF RIVERSIDE, JANET ARVIZU and BEAUDREA CALLAHAN.

**NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. That judgment be entered in favor of Defendants, COUNTY OF RIVERSIDE, JANET ARVIZU and BEAUDREA CALLAHAN, and against Plaintiff, SHARON CASS;

2. That Defendants, COUNTY OF RIVERSIDE, JANET ARVIZU and BEAUDREA CALLAHAN may recover costs of suit incurred herein to the extent allowable by law.

DATED: May 27, 2025

_____
HON. HERNÁN VERA